UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FILED

AUG 26 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

CRAIG CUNNINGHAM

v.

Creative Edge Marketing LLC, et al.

Civil No. 4:19-cv-00669-ALM

CLERK'S ENTRY OF DEFAULT

On this 26th day of August, 20 20, it appearing from the affidavit(s) in support of default of Leland McRae, attorney for plaintiff, that each of the defendants named below has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure;

Now, therefore, the DEFAULT of each of the following named defendants is hereby entered:

Creative Edge Marketing LLC

DAVID A. O'Toole, CLERK

By: Becca Ferrell
Deputy Clerk

p:\DFLT.ord