**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **CRAIG CUNNINGHAM,**<br>**Plaintiff,**<br><br>**v.**<br><br>Creative Edge Marketing LLC, Terrell Samuels, John/Jane Does 1-5<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Cause No. 4:19-cv-00669-ALM-CAN |

**<u>PLAINTIFF'S Motion for a Default Judgment and request for a hearing to determine damages</u>**

To the Honorable US District Court:

1. The Plaintiff hereby requests a default judgment be entered against the defaulting Defendant Creative Edge Marketing LLC. per FRCP 55(b)(2)
2. The Plaintiff has sought the clerk's entry of default against the Defendant and default was entered on August 26, 2020.
3. The Plaintiff requests a default judgment be entered against all Defendant for damages in this case.

Respectfully submitted:

/s/ Leland McRae

**Leland Garrett McRae**
**Attorney for Plaintiff**
**SBN 24086374**
**1150 N. Loop 1604 W, Ste 108-461**
**San Antonio, TX 78248**
**Phone: 210-569-0434**
**FAX: 210-493-6080**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing document will be served on all named Defendants.

/s/ Leland McRae

Leland McRae

Attorney for Plaintiff