# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM § | |
| § | Civil Action No. 4:19-CV-669 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| CREATIVE EDGE MARKETING LLC, ET AL. § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 24, 2020, the report of the Magistrate Judge (Dkt. #46) was entered containing proposed findings of fact and recommendations that Plaintiff Craig Cunningham's Motion for a Default Judgment and Request for a Hearing to Determine Damages (Dkt. #37) be granted in part and denied in part.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Craig Cunningham's Motion for a Default Judgment and Request for a Hearing to Determine Damages (Dkt. #37) is **GRANTED IN PART** and **DENIED IN PART**. A default judgment shall be entered for Plaintiff against Defendant Creative Edge Marketing, LLC in the amount of $21,500.00, for Defendant Creative Edge Marketing, LLC's forty-three violations of § 227(b) of the TCPA.

**IT IS SO ORDERED**.

SIGNED this 2nd day of February, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE