UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **CRAIG CUNNINGHAM,** **Plaintiff,** v. Creative Edge Marketing LLC, Terrell Samuels, John/Jane Does 1-5 **Defendants.** | § § § § § § § § § § § Cause No. 4:19-cv-00669-ALM-CAN |

## MOTION TO WITHDRAW

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Movant, LELAND MCRAE, attorney of record for the Plaintiff, CRAIG CUNNINGHAM in the above styled and numbered cause, who would file this Motion to withdraw as counsel in the present cause, and show unto the Court as follows: Movant has recently accepted a new position with the Hill Country Regional Public Defender's Office. This position requires Movant to no longer maintain a private criminal law practice. Movant is set to begin employment in this new position on March 1, 2021.

II.

Granting of this Motion to Withdraw will not jeopardize the rights of the Plaintiff. The requested withdraw is not for the purposes of delay. Plaintiff has ample opportunity to employ counsel, represent himself or request court appointed counsel.

III.

This case presently has no pending settings.

WHEREFORE, PREMISES CONSIDERED, Movant prays that this Honorable Court allow the withdrawal of counsel, and that present counsel be released from further obligation or duty to the Plaintiff as Attorney of Record.

Respectfully submitted:

/s/ Leland McRae

_____

**Leland Garrett McRae**
SBN 24086374
1150 N. Loop 1604 W, Ste 108-461
San Antonio, TX  78248
Phone: 210-569-0434
FAX: 210-493-6080
EMAIL: leland@lelandmcr

**Certificate of Conference**

As required by the Federal Western District of Texas local rules, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties, which are listed below about the merits of this motion with the following results:

Neither Defendant has an attorney of record, attempts were made to contact Creative Edge Marketing LLC and Terrell Samuels:

( ) opposes motion

( ) does not oppose motion

( ) agrees with motion

( )   would not say whether motion is opposed

( X )   did not return my message regarding the motion

Respectfully submitted:

/s/ Leland McRae
_____

**Leland Garrett McRae**
**SBN 24086374**
**1150 N. Loop 1604 W, Ste 108-461**
**San Antonio, TX  78248**
**Phone: 210-569-0434**
**FAX: 210-493-6080**
**EMAIL: leland@lelandmcr**

## CERTIFICATE OF SERVICE

As Attorney of Record for Plaintiff, I do hereby certify that a true and correct copy of the above and foregoing motion was provided to the Defendants.

/s/ Leland McRae
_____
Attorney for Plaintiff