IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO. 4:19-CV-00669-ALM- |
| v. § | CAN |
| § | |
| CREATIVE EDGE MARKETING, LLC, § | |
| ET AL., § | |
| § | |
| Defendants. § | |

## ORDER

Pending before the Court is Plaintiff's Counsel, Leland McRae's Motion to Withdraw [Dkt. 54]. Counsel requests the Court grant him leave to withdraw as he "has recently accepted a new position with the Hill Country Regional Public Defender's Office" [Dkt. 54 at 1]. The Motion to Withdraw does not inform the Court regarding Plaintiff Craig Cunningham's ("Plaintiff") consent or opposition to such withdrawal, nor whether Plaintiff intends to engage new counsel or proceed *pro se* following counsel's withdrawal. The Court hereby requests Plaintiff and Plaintiff's counsel confer regarding the pending Motion and supplement the filing with such information. Accordingly,

It is therefore **ORDERED** that Plaintiff's counsel shall supplement the Motion to Withdraw on or before *Friday, March 5, 2021*, stating whether Plaintiff is opposed or unopposed to counsel's withdrawal, and whether Plaintiff intends to engage new counsel or proceed *pro se* in this matter.

**IT IS SO ORDERED**.   SIGNED this 1st day of March, 2021.

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE