UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| **CRAIG CUNNINGHAM,** **Plaintiff,** v. Creative Edge Marketing LLC, Terrell Samuels, John/Jane Does 1-5 **Defendants.** | § § § § § § § § § § | Cause No. 4:19-cv-00669-ALM-CAN |
|---|---|---|

**SUPPLEMENTAL MOTION TO WITHDRAW**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Movant, LELAND MCRAE, attorney of record for the Plaintiff, CRAIG CUNNINGHAM in the above styled and numbered cause, who would file this Motion to withdraw as counsel in the present cause, and show unto the Court as follows: Movant filed a motion to withdraw in the above captioned matter, Docket #54, in order to take a new position with the Hill Country Regional Public Defender's Office. Movant was then ordered to supplement said motion by indicating Plaintiff's consent to Movant's withdrawal as attorney of record and to further notify the Court of Plaintiff's intention of proceeding pro se or hiring substitute counsel.

II.

Movant has been notified by Plaintiff that Plaintiff does not object to Movant's withdrawal from this matter.

Movant has also been notified by Plaintiff that he intends to proceed Pro Se, representing himself going forward. Plaintiff's address, phone and email are:

**Mailing Address: 3000 Cluster Rd, Ste 270-206 Plano, TX**
**Phone: 615-348-1977**
**Email: projectpalehorse@hushmail.com**

WHEREFORE, PREMISES CONSIDERED, Movant, again, prays that this Honorable Court allow the withdrawal of counsel, and that present counsel be released from further obligation or duty to the Plaintiff as Attorney of Record.

Respectfully submitted:

/s/ Leland McRae

_____

**Leland Garrett McRae**
**SBN 24086374**
**1150 N. Loop 1604 W, Ste 108-461**
**San Antonio, TX  78248**
**Phone: 210-569-0434**
**FAX: 210-493-6080**
**EMAIL: leland@lelandmcr**

**Certificate of Conference**

As required by the Federal Western District of Texas local rules, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties, which are listed below about the merits of this motion with the following results:

Neither Defendant has an attorney of record, attempts were made to contact Creative Edge Marketing LLC and Terrell Samuels:

      ( )    opposes motion

      ( )    does not oppose motion

      ( )    agrees with motion

      ( )    would not say whether motion is opposed

      ( X )    did not return my message regarding the motion


Respectfully submitted:


/s/ Leland McRae

**Leland Garrett McRae**
**SBN 24086374**
**1150 N. Loop 1604 W, Ste 108-461**
**San Antonio, TX  78248**
**Phone: 210-569-0434**
**FAX: 210-493-6080**
**EMAIL: leland@lelandmcrae.com**


## **CERTIFICATE OF SERVICE**

As Attorney of Record for Plaintiff, I do hereby certify that a true and correct copy of the above and foregoing motion was provided to the Defendants.

/s/ Leland McRae
_____
Attorney for Plaintiff