**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:19-CV-00669-ALM- |
| v. | § | CAN |
| | § | |
| CREATIVE EDGE MARKETING, LLC, | § | |
| ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Pending before the Court is Leland McRae's ("Movant") Motion to Withdraw as Counsel [Dkt. 54] and Supplemental Motion to Withdraw [Dkt. 56] (collectively, the "Motion to Withdraw"). Movant requests leave to withdraw as counsel for Plaintiff Craig Cunningham as he "has recently accepted a new position with the Hill Country Regional Public Defender's Office" [Dkt. 54 at 1]. Plaintiff is unopposed to the withdrawal and intends going forward to proceed *pro se* [Dkt. 56]. After reviewing the Motion to Withdraw [Dkts. 54; 56], and all other relevant filings, the Court finds that the Motion to Withdraw [Dkts. 54; 56] should be **GRANTED**. Accordingly,

Leland McRae is hereby withdrawn as counsel of record for Plaintiff Craig Cunningham and relieved of all further duties in this case on his behalf. Plaintiff's *pro se* appearance should be entered on the docket.

**IT IS SO ORDERED**.
**SIGNED this 2nd day of March, 2021.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE