# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM § | |
| § | Civil Action No. 4:19-CV-669 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| CREATIVE EDGE MARKETING LLC, ET § | |
| AL. § | |

### MEMORANDUM ADOPTING AMENDED REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the amended report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 16, 2021, the amended report of the Magistrate Judge (Dkt. #59) was entered containing proposed findings of fact and recommendations that Plaintiff Craig Cunningham's Motion for a Default Judgment and Request for a Hearing to Determine Damages (Dkt. #37) be denied and Plaintiff's claims be *sua sponte* dismissed for lack of subject matter jurisdiction and failure to state a claim.

Having received the amended report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's amended report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Craig Cunningham's Motion for a Default Judgment and Request for a Hearing to Determine Damages (Dkt. #37) is **DENIED**. Plaintiff Craig Cunningham's claims against Defendant Creative Edge Marketing LLC are **DISMISSED** as set forth in the report.

**IT IS SO ORDERED**.

SIGNED this 20th day of July, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE