# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM § | |
| § | Civil Action No. 4:19-CV-669 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| CREATIVE EDGE MARKETING LLC, ET § | |
| AL. § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 16, 2021, the report of the Magistrate Judge (Dkt. #60) was entered containing proposed findings of fact and recommendations that Plaintiff Craig Cunningham's Motion for Summary Judgment solely as to Defendant Terrell Samuels (Dkt. #48) be denied and Plaintiff's claims be *sua sponte* dismissed for lack of subject matter jurisdiction and failure to state a claim.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Craig Cunningham's Motion for Summary Judgment solely as to Defendant Terrell Samuels (Dkt. #48) is **DENIED**.  Plaintiff Craig Cunningham's claims against Defendant Terrell Samuels are **DISMISSED** as set forth in the report.

 **IT IS SO ORDERED**.

 **SIGNED** this 20th day of July, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE