# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM § | |
| § | Civil Action No. 4:19-CV-669 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| CREATIVE EDGE MARKETING LLC, § | |
| ET AL. § | |

## FINAL JUDGMENT

Pursuant to the Memorandums Adopting Report and Recommendation of United States Magistrate Judge filed in this matter this date, it is

**CONSIDERED, ORDERED** and **ADJUDGED** that this case is **DISMISSED**.

All relief not previously granted is hereby **DENIED**.

**IT IS SO ORDERED.**

SIGNED this 20th day of July, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE